IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02564-WYD-MJW

SERENA JORDAN,

Plaintiff(s),

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Motion to Extend the Discovery Cutoff Date and the Dispositive Motion Deadline (Docket No. 22) is granted as follows. The discovery deadline is extended up to and including April 30, 2014, for the limited purpose of plaintiff taking the deposition(s) of the defendant's Rule 30(b)(6) designee(s). The dispositive motion deadline is extended up to and including May 30, 2014. The Final Pretrial Conference remains set on May 27, 2014, at 10:30 a.m.

Date: April 1, 2014