**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   October 9, 2015 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **13-cv-02564-WYD-MJW**        Counsel:

**SERENA JORDAN**,                                               David M. Larson

        Plaintiff,

v.

**MIDLAND CREDIT MANAGEMENT, INC.**,        Joseph J. Lico

        Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**2:10 p.m.**     Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiff's Motion in Limine as to Plaintiff's Attorney's Fees and Costs and Motive of Plaintiff and/or Her Attorney [ECF Doc. No. 47], filed April 25, 2015, and Plaintiff's Motion in Limine as to Plaintiff's Other Debts and Any Other Court Cases or Litigation That Involved the Plaintiff [ECF Doc. No. 48], filed April 25, 2015, are raised for argument.

2:12 p.m.     Argument by Defendant (Mr. Lico).

**ORDERED:**     Plaintiff's Motion in Limine as to Plaintiff's Attorney's Fees and Costs and Motive of Plaintiff and/or Her Attorney [ECF Doc. No. 47], filed April 25, 2015, is **GRANTED.**

| | |
|---|---|
| **ORDERED:** | Plaintiff's Motion in Limine as to Plaintiff's Other Debts and Any Other Court Cases or Litigation That Involved the Plaintiff [ECF Doc. No. 48], filed April 25, 2015, is **GRANTED.** |
| | Defendant's Motion in Limine to Exclude Reference to Damages Being Minimal [ECF Doc. No. 41], filed April 6, 2015, and Defendant's Motion in Limine to Exclude Reference to Unrelated Lawsuits, Complaints or Claims and Reference to Any Insurance Policy [ECF Doc. No. 42], filed April 6, 2015, are raised for argument. |
| 2:13 p.m. | Argument by Plaintiff (Mr. Larson). |
| 2:14 p.m. | Argument by Defendant (Mr. Lico). |
| 2:18 p.m. | Argument by Plaintiff (Mr. Larson). |
| 2:19 p.m. | Argument by Defendant (Mr. Lico). |
| **ORDERED:** | Defendant's Motion in Limine to Exclude Reference to Unrelated Lawsuits, Complaints or Claims and Reference to Any Insurance Policy [ECF Doc. No. 42], filed April 6, 2015, is **GRANTED IN PART and DEFERRED IN PART.** |
| **ORDERED:** | There shall be no mention or reference to any insurance policy at any time. There shall be no mention of unrelated lawsuits, complaints, or claims in opening statements. |
| **ORDERED:** | Defendant's Motion in Limine to Exclude Reference to Damages Being Minimal [ECF Doc. No. 41], filed April 6, 2015, is **GRANTED IN PART and DENIED IN PART.**  The motion is **GRANTED** to the extent it seeks to preclude a characterization of the amount sought and **DENIED** to the extent it that it seeks to preclude mention of the award sought as the maximum amount allowed. |
| 2:21 p.m. | Discussion regarding jury instructions submitted by counsel. |
| **ORDERED:** | Counsel shall file revised jury instructions, with maximum stipulation, and legal authority as to disputed jury instructions not later than **Monday, October 19, 2015.** |
| 2:29 p.m. | Discussion regarding exhibit lists. |
| **ORDERED:** | Counsel shall file revised exhibit lists not later than **Monday, October 19, 2015.** |
| 2:34 p.m. | Discussion regarding trial schedule, process for jury selection, and use of courtroom technology. |

| | |
|---|---|
| **ORDERED:** | Counsel will be allowed supplemental voir dire not to exceed **fifteen (15) minutes per side.** |
| 2:38 p.m. | Discussion regarding time limits regarding opening statements. |
| **ORDERED:** | Opening statements shall not exceed **fifteen (15) minutes per side.** |
| 2:39 p.m. | Discussion regarding Plaintiff's claim under § 1692(f). |
| **ORDERED:** | Counsel shall meet and confer regarding Plaintiff's claim under 1692(f) and file an applicable jury instruction not later than **Tuesday, October 13, 2015.** |
| **2:42 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:  :32**