**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | October 27, 2015 |
| E.C.R./Reporter: | Mary George | | |

Civil Action No: **13-cv-02564-WYD-MJW**          Counsel:

**SERENA JORDAN**,                                              David M. Larson

        Plaintiff,

v.

**MIDLAND CREDIT MANAGEMENT, INC.**,          Joseph J. Lico

        Defendant.

**COURTROOM MINUTES**

**JURY TRIAL (DAY 2)**

**9:59 a.m.**       Court in Session - Jury not present.

                Court announces findings.

**ORDERED:**   Defendant's oral Rule 50 motion is **DENIED.**

10:01 a.m.       Further discussion regarding jury instructions and verdict form.

**10:02 a.m.**     Court in Recess

**10:16 a.m.**     Court in Session - Jury not present.

**ORDERED:**   Defendant's Motion in Limine to Exclude Reference to Unrelated Lawsuits, Complaints or Claims and Reference to Any Insurance Policy [ECF Doc. No. 42], filed April 6, 2015, is **DENIED AS MOOT.**

10:18 a.m.       Jury enters

| | |
|---|---|
| 10:18 a.m. | Court reads jury instructions and summarizes verdict form. |
| 10:45 a.m. | No objection to Court's reading of jury instructions and verdict form. |
| 10:46 a.m. | Closing argument by Plaintiff (Mr. Larson). |
| 10:58 a.m. | Closing argument by Defendant (Mr. Lico). |
| 11:17 a.m. | Rebuttal argument by Plaintiff (Mr. Larson). |
| 11:26 a.m. | CSO sworn. |
| | Court's remarks to jurors regarding protocol for deliberations. |
| 11:27 a.m. | Jury excused to commence deliberations. |
| | Court's remarks to counsel regarding availability. |
| 11:29 a.m. | Discussion regarding plaintiff and defendant's representative being excused this afternoon. |
| **11:30 a.m.** | Court in Recess - subject to call. |
| **2:05 p.m.** | Court in Session - Jury not present |
| | Court informs counsel that jury has reached a verdict (NOTE ATTACHED). |
| 2:07 p.m. | Jury enters |
| | Court reads jury verdict. |
| 2:09 p.m. | Jury is not polled. |
| | Court thanks jurors for their service and they are discharged. |
| 2:10 p.m. | Jury excused |
| | Court's closing remarks to counsel. |
| **2:11 p.m.** | Court in Recess - TRIAL CONCLUDED. |

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.**

**TOTAL TIME:   1:23**